FILED BY \_\_\_scn\_\_ D.C.

Feb 3, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CR-14010-CANNON-MAYNARD2

18 U.S.C. § 922(g)(1)

**UNITED STATES OF AMERICA**

v.

**ANTONIO TAVARES FERGUSON,**
    **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Possession of a Firearm and Ammunition by a Convicted Felon**
**(18 U.S.C. § 922(g)(1))**

On or about September 29, 2021, in St. Lucie County, in the Southern District of Florida, the defendant,

**ANTONIO TAVARES FERGUSON,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
JUSTIN L. HOOVER
ASSITANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ANTONIO TAVARES FERGUSON,

_____Defendant._____/

CASE NO. __2:22-CR-14010-CANNON-MAYNARD__

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [✓] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [✓]
   - II   6 to 10 days      [ ]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of __10/15/2021 (VOSR)__
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_/s/ Justin S. Hoover_
JUSTIN HOOVER
Assistant United States Attorney
Court ID No.    5502493

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   2:22-CR-14010-CANNON-MAYNARD

UNITED STATES OF AMERICA

v.

ANTONIO TAVARES FERGUSON,
                    Defendant.
_____ /

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   _____
JUSTIN L. HOOVER
Assistant United States Attorney
Court ID No.   A5502493
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Fax: 772-466-1020
Email: Justin.Hoover@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.   2:22-CR-14010-CANNON-MAYNARD

Defendant's Name:   ANTONIO TAVARES FERGUSON,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Possession of a Firearm by a Convicted Felon | 18 U.S.C. § 922(g)(1) | 15 years to Life Imprisonment<br>$250,000 fine<br>5 years SR<br>$100 Special Assessment |