**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

**CASE NO. 22-14010-CR-CANNON**

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**ANTONIO FERGUSON,**

      Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL**

      **THIS CAUSE** comes before the Court on Defendant Antonio Ferguson's First Unopposed Motion to Continue Trial [ECF No. 14].   The Court has reviewed the Motion and is otherwise fully advised.   Following that review, it is

      **ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 14] is **GRANTED** for the reasons stated in the Motion, **although no further continuances will be granted in this case**.   The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial.   As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, March 31, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act.   *See* 18 U.S.C. § 3161.

      The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, May 3, 2022, at 1:45 pm.**   The case is set for **Jury Trial** during the two-week trial period that begins **May 9, 2022**.

2. All pre-trial motions and motions *in limine* must be filed by **April 13, 2022**.   Each

CASE NO. 22-14010-CR-CANNON

party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 9] remain in effect.

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of April 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record